NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

SOUHAIL STEVE KMED,                )
                                   )
            Appellant,             )
                                   )
v.                                 )          Case No. 2D18-295
                                   )
STATE OF FLORIDA,                  )
                                   )
            Appellee.              )
_____)

Opinion filed February 23, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Polk County; James A. Yancey, Judge.

PER CURIAM.

            Affirmed.

NORTHCUTT, BLACK, and BADALAMENTI, JJ., Concur.